# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA
MIAMI DIVISION

CASE NO. 11-21620-CIV-ALTONAGA/Simonton

ELISE R. LOBEGEIGER,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC., *et al.*,

    Defendants.

_____/

## PLAINTIFF'S SUR-REPLY
## RE: DEFENDANTS' JOINT MOTION FOR DAUBERT HEARING

Plaintiff respectfully submits this sur-reply in further opposition to the Defendants' Joint Motion for *Daubert* Hearing [ECF No. 106]).

In Mr. Yap's reply in support of the Joint Motion for *Daubert* Hearing, Mr. Yap argues "Mr. Clement Never Observed the Actual Chair" (*see* Yap Reply [ECF No. 130] at pp. 2-4). This argument was not made by the defendants in their principal brief (*see* Joint Motion for *Daubert* Hearing [ECF No. 106] at pp.6-8). This argument should be rejected for two reasons:

First, it was not included as a grounds in the motion.

Second, Mr. Yap's new argument is misleading. It is misleading because it was not necessary for Mr. Clement to view the actual chair that caused Ms. Lobegeiger's injury. In the testimony quoted by Mr. Yap in his reply, Mr. Clement makes clear that he viewed a number of chairs on the deck in the area in which Ms. Lobegeiger was injured and "they were all

identical" (*see* Yap Reply [ECF No. 130] at 3).  This is enough on which to base an opinion. This case turns on the operation of the chairs as designed and sold by Mr. Yap and used by RCCL-Celebrity.   There is no claim, by any party, that the particular chair that caused Ms. Lobegeiger's injury differed in any way from the typical chairs

Plaintiff respectfully asks the Court to deny the Defendants' Joint Motion for *Daubert* Hearing [ECF 106].

Dated: April 10, 2012.

                                                  Respectfully submitted,

                                                     /s/  Kevin K. Ross
Kevin K. Ross
kross@foley.com
Folely & Lardner LLP
One Biscayne Tower
2 South Biscayne Blvd., Ste. 1900
Miami, Florida  33131
Phone: (305) 482-8400
Fax:    (305) 482-8600

and

       /s/ Jeffrey A. Greene
Jeffrey A. Greene, *pro hac vice*
(Tenn. Bar No. 10972)
jeff@jgreene.us
725 Cool Springs Blvd., Ste. 600
Franklin, Tennessee  37067
Phone: (615) 477-4917
Fax:    (615) 472-1120

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on:

John J. Quick
Paul J. Hehir
Celebrity Cruises, Inc.
Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL  33132

William Fink
Jacob J. Liro
Wicker, Smith, O'Hara, McCoy & Ford, PA
2800 Ponce De Leon Blvd., Ste. 800
Miami, FL  33134

Andrew D. Craven
Houck Anderson, PA
200 South Biscayne Blvd., Ste. 300
Miami, FL 33131

by means of the Court's electronic filing system.

                                                 /s/ Kevin K. Ross