UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-21620-CIV-ALTONAGA/SIMONTON

**ELISE R. LOBEGEIGER**,

    Plaintiff,

vs.

**CELEBRITY CRUISES, INC.,
ROYAL CARIBBEAN CRUISES LTD.,
A Liberian Corporation, and ANDRE YAP
d/b/a TEAK ETC., TEAK ETCETERA,
MALTINDO, MALTA, ANDERSON TEAK,
ANDERSON MANTELS and/or TEAK PATIO MFG**

    Defendants.
_____/

## MOTION TO VOLUNTARILY WITHDRAW *PRO HAC VICE* STATUS

One of the attorneys for Plaintiff Elise Lobegeiger, Ann Olivarius, seeks to voluntarily withdraw her standing to practice *pro hac vice* in the United States District Court for the Southern District of Florida, granted by this Court on September 16, 2012 [ECF No. 58].

This withdrawal will not impede the case in any way. Plaintiff's trial counsel Jeffrey Greene Esq. remains fully prepared for trial, as does the undersigned. Ann Olivarius has not signed any pleadings for several months.

WHEREFORE, Plaintiff requests that this motion be GRANTED.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7(1)(A)(3), counsel for Plaintiff has conferred with Defendants' counsel in a good faith effort to resolve the issues raised in the motion. Counsel for Defendant

Yap consents to this motion. Counsel for Royal Caribbean Cruises Ltd. and Celebrity Cruises, Inc. (the "Cruise Defendants') is awaiting instruction from his clients and is currently unable to grant or deny consent. Plaintiff will supplement this motion following a decision from counsel for the Cruise Defendants.

Dated: April 13, 2012.

                                                                                                        Respectfully submitted,

                                                                                                        /s/ Kevin K. Ross
                                                                                                        Kevin K. Ross
                                                                                                        kross@foley.com
                                                                                                        Folely & Lardner LLP
                                                                                                        One Biscayne Tower
                                                                                                        2 South Biscayne Blvd., Ste. 1900
                                                                                                        Miami, Florida 33131
                                                                                                        Phone: (305) 482-8400
                                                                                  Fax:    (305) 482-8600

                                                                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on:

John J. Quick
Paul J. Hehir
Celebrity Cruises, Inc.
Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, FL  33132

William Fink
Jacob J. Liro
Wicker, Smith, O'Hara, McCoy & Ford, PA
2800 Ponce De Leon Blvd., Ste. 800
Miami, FL  33134

Andrew D. Craven
Houck Anderson, PA
200 South Biscayne Blvd., Ste. 300
Miami, FL 33131

by means of the Court's electronic filing system.

__/s/ Kevin K. Ross