UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21620-CIV-ALTONAGA/Simonton

**ELISE R. LOBEGEIGER**,

    Plaintiff,
vs.

**CELEBRITY CRUISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Voluntarily Withdraw *Pro Hac Vice* Status ("Motion") [ECF No. 153], filed April 13, 2012 by Ann Olivarius, attorney for Plaintiff. Defendant, Celebrity Cruises Inc. ("Celebrity"), advises the court of an order of disbarment of Ms. Oliavarius from the Supreme Court, Appellate Division, Third Judicial Department in New York. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 153]** is **GRANTED**. Ms. Olivarius is disqualified from representing Plaintiff in any manner consistent with the order in *In re Olivarius*, – N.Y.S.2d –, 2012 WL 1130218 (N.Y. A.D. 3d Dep't Apr. 5, 2012).

**DONE AND ORDERED** in chambers at Miami, Florida, this 16th day of April, 2012.

                                                             _____
                                                             **CECILIA M. ALTONAGA**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record